Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY NAIMAN, individually and on behalf of all others similarly situated, | Case No. 3:20-cv-00816-LB |
| Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** |
| vs. | |
| AAA REMODELING & DEVELOPMENT, INC. | |
| Defendant | |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses this matter without prejudice as to the individual and class claims.  Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment.  Although this case was filed as a class action, no class has been certified, and court approval of

this voluntary dismissal is therefore not required under Rule 23(a) of the Federal Rules of Civil Procedure.  Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

Respectfully submitted this 15th day of July, 2020.

                **THE LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

                By:  /s/ Todd M. Friedman
                TODD M. FRIEDMAN, ESQ.
                ATTORNEY FOR PLAINTIFFS

Filed electronically on this 15th day of July, 2020, with:

United States District Court CM/ECF system

Notification sent on this 15th day of July, 2020, via the ECF system to all interested parties

This 15th day of July, 2020.

By: s/Todd M. Friedman
    Todd M. Friedman

NOTICE OF DISMISSAL

- 3 -